

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2017

No. 04-17-00812-CV

**IN RE** Robert **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

On December 6, 2017, relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 11, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CI06633, styled *Robert Martinez v. Emilia C. Martinez*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery presiding.